■ ALEX MICHAUD, Appellant, v. LEON J. LUSSIER et al., Respondents.— Motion for reargument denied. Motion for permission to appeal to the Court of Appeals granted, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of NICHOLAS KARISZEKI et al., Respondents. TODD SHIPYARDS CORPORATION, Appellant; ISADOR LUBIN, as Industrial Commissioner, Respondent.— Application for an order appointing counsel for claimants-respondents *nunc pro tunc* as of the date that the appeal was originally argued before this court. Application granted, without costs, and Gray & Grossman, Attorneys at Law, 551 Fifth Avenue, New York, New York, are appointed as counsel for claimants-respondents, and fees fixed at $150. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ MEYER ROSOFF, Respondent, v. ABRAHAM J. KAGAN et al., Appellants. — Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH JOHN LOVETT, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.— Motion for an order directing that petitioner be granted a hearing in a habeas corpus matter. Motion denied, without costs. Petitioner apparently has appealed from an order denying a writ of habeas corpus, and since no motion has been made to dismiss the appeal he may proceed thereunder if he is so advised. If the papers before us may be construed as an application for leave to appeal as a poor person we are constrained to deny the same, on the ground that a meritorious question on appeal is not presented. Petitioner's sole point is that his plea of guilty to the crime of attempted burglary in the third degree, and sentence to the Reception Center at Elmira, did not constitute a felony conviction. This viewpoint is erroneous. (Penal Law, § 2185.) Application denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE JOHNSON, Appellant, against J. P. CONBOY, as Superintendent of Great Meadow Correctional Institution, Respondent.— Application for leave to appeal as a poor person denied, without prejudice to a renewal of the application upon showing some meritorious grounds for appeal. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of SAM SILVER, Respondent, against KIAMESHA CONCORD, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of HOWARD W. JENKINS, Respondent, against ST. LAWRENCE COUNTY (SHERIFF'S OFFICE), Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.